**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 05a0735n.06
Filed: August 22, 2005

Case No. 04-6051

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| JEAN GILCHRIST BROCK, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | ON APPEAL FROM THE |
| v. | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| CLEMENT DALE POTTER; STATE OF | ) | DISTRICT OF TENNESSEE |
| TENNESSEE, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |
| | ) | |

BEFORE: BATCHELDER and GRIFFIN, Circuit Judges; GADOLA[*], District Judge.

ALICE M. BATCHELDER, Circuit Judge. Plaintiff-Appellant Jean Gilchrist Brock appeals from the magistrate judge's final order granting summary judgment in favor of Defendants-Appellees Clement Dale Potter and the State of Tennessee on Brock's claims of discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, violation of her constitutional right to intimate association pursuant to 42 U.S.C. § 1983, and unlawful discharge in violation of the Tennessee Human Rights Act, T.C.A. § 4-21-101 *et seq.* After carefully reviewing the record, the applicable law, the parties' briefs and counsels' arguments, we are convinced that the magistrate judge's order contains no reversible error either in its determination that no genuine issues of material fact remain for trial or in its conclusions of law. Because the issuance of a full

---

[*]The Honorable Paul V. Gadola, United States District Judge for the Eastern District of Michigan, sitting by designation.

written opinion would serve no jurisprudential purpose and would be duplicative, we **AFFIRM** the grant of summary judgment on the basis of the magistrate judge's well-reasoned opinion.